3:08-cv-00445-MJJ

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff

Civ No.

V.

Sarah Wallner,
Paul Hanis,
Defendants

Complaint

42 USC 1983. Prison phone prices are unconstitutional, they are price gouging, charging to high rates. Defendants are liable for tortus on me. I seek $37.3 million dollars.

Respectfully Submitted

Jonathan Lee Riches